IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| RICHY CASTRO, individually and on behalf of all others similarly situated, <u>et al.</u>, <br><br> Plaintiffs, <br> v. <br><br> CAPITAL ONE FINANCIAL CORPORATION, <u>et al.</u>, <br><br> Defendants. | 1:19-cv-1008 (LMB/MSN) |

## ORDER

The plaintiffs' Motion to Consolidate establishes good cause for the relief requested. Accordingly, the Motion [Dkt. No. 5] is GRANTED, and it is hereby

ORDERED that civil actions 1:19-cv-979, 1:19-cv-1008, and 1:19-cv-1021 be and are consolidated for all pretrial purposes and transferred to the Richmond Division to be consolidated with 3:19-cv-555.[1]

The Clerk is directed to consolidate and transfer these three civil actions as directed to the Richmond Division and forward copies of this Order to counsel of record and Judge Gibney.

Entered this 13th day of August, 2019.

Alexandria, Virginia

/s/ _____
Leonie M. Brinkema
United States District Judge

---

[1] Civil action 3:19-cv-555 is assigned to the Honorable John A. Gibney, Jr., who has agreed to the consolidation of these three civil actions with his civil action, which was the first of these related actions filed in this district.